JS-6

HARRIS & RUBLE
Alan Harris (SBN 146079)
Matthew E Kavanaugh (SBN 239961)
6424 Santa Monica Boulevard
Los Angeles, California 90036
Telephone:  323.962.3777
Facsimile:  323.962.3004
aharris@harrisandruble.com
mkavanaugh@harrisandruble.com

*Attorneys for Plaintiffs Barber, Bernstein, Bracken, Buehrle, Davis, Goyer, Nisar, Turner, Wade, and Wayton*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART BARBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMAN CONTRACT, LLC, OVERBROOK ENTERTAINMENT, LLC and DOE ONE through and including DOE TEN,<br><br>Defendants. | Case No. CV09-00964 VBF (AJWx)<br><br>**JUDGMENT IN FAVOR OF PLAINTIFFS BARBER, BERNSTEIN, BRACKEN, BUEHRLE, DAVIS, GOYER, NISAR, TURNER, WADE, AND WAYTON** |

///
///
///
///
///
///
///
///
///

i
[PROPOSED] JUDGMENT

1  After considering the moving and opposition papers to Plaintiffs' Motion for
2  Summary Judgment against Defendant Human Contract, LLC, and all other matters
3  presented to the Court, IT IS HEREBY ORDERED AND ADJUDGED THAT Plaintiffs'
4  Motion for Summary Judgment against Human Contract, LLC is GRANTED as to the
5  causes of action for Continuing Wages under Cal. Lab. Code §203; Failure to Pay
6  Minimum Wage under 29 U.S.C. §206; and Failure to Pay Overtime Wage under 29
7  U.S.C. §207.  Plaintiffs' Motion for Summary Judgment is DENIED as to the causes of
8  action for Failure to Provide Information on Pay Stubs Under Cal. Lab. Code §226; and
9  Failure to Pay Minimum Wages and Overtime Compensation under Cal. Lab. Code §§
10 510, 1194.  The Defendant's Motion for Summary Judgment is DENIED. *See* Court
11 Order Granting in Part Plaintiffs' Motion for Summary Judgment, Denying Defendant's
12 Motion for Summary Judgment.   Plaintiffs shall recover the following amount:
13 Continuing Wages under Cal. Lab. Code §203:

| Name (Last, First) | Lab. Code 203 |
|---|---|
| Barber, Bart | $14,848.33 |
| Bernstein, Erik | $13,133.93 |
| Bracken, Roger | $10,593.70 |
| Buehrle, David | $4,295.45 |
| Davis, James | $16,871.59 |
| Goyer, Jeffery | $12,000.00 |
| Nisar, Austin | $14,952.39 |
| Turner, Eric | $13,109.06 |
| Wade, Daniel | $8,392.85 |
| Wayton, Gary | $36,942.86 |

Liquidated damages under the Fair Labor Standards Act:

| Name (Last, First) | FLSA |
|---|---|
| Barber, Bart | $291.60 |
| Bernstein, Erik | $1,313.76 |
| Bracken, Roger | $616.32 |
| Buehrle, David | $534.00 |
| Davis, James | $404.64 |
| Goyer, Jeffery | $311.82 |
| Nisar, Austin | $370.08 |
| Turner, Eric | $114.69 |
| Wade, Daniel | $603.90 |
| Wayton, Gary | $93.60 |

Accordingly, Judgment is entered in favor of each Plaintiff, against Human Contract, LLC, in the amounts stated above.

Plaintiffs are entitled to prejudgment interest, accruing from February 19, 2008, on the amounts listed above.

This Judgment may be amended after Plaintiff applies for an award of fees and costs, to include any amount that may be awarded by the Court.

DATED: June 23, 2010

*(signature)*

*Hon. Valerie Baker Fairbank*
*United States District Judge*