HARRIS & RUBLE
Alan Harris (SBN 146079)
Matthew E Kavanaugh (SBN 239961)
6424 Santa Monica Boulevard
Los Angeles, California 90036
Telephone: 323.962.3777
Facsimile: 323.962.3004
aharris@harrisandruble.com
mkavanaugh@harrisandruble.com

*Attorneys for Plaintiffs Barber, Bernstein, Bracken, Buehrle, Davis, Goyer, Nisar, Turner, Wade, and Wayton*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BART BARBER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HUMAN CONTRACT, LLC, OVERBROOK ENTERTAINMENT, LLC and DOE ONE through and including DOE TEN,<br><br>Defendants. | Case No. CV09-00964 VBF (AJWx)<br><br>[~~PROPOSED~~] AMENDED JUDGMENT |

///

///

///

After considering the moving and opposition papers to Plaintiffs' Motion for Summary Judgment against Defendant Human Contract, LLC, Human Contract, LLC's Motion for Summary Judgment against Plaintiffs, and Defendant Overbrook Entertainment, LLC's Motion for Summary Judgment against Plaintiffs, and all other matters presented to the Court:

1.  **IT IS HEREBY ORDERED AND ADJUDGED THAT** Plaintiffs' Motion for Summary Judgment against Human Contract, LLC is GRANTED as to the causes of action for Continuing Wages under Cal. Lab. Code §203; Failure to Pay Minimum Wage under 29 U.S.C. §206; and Failure to Pay Overtime Wage under 29 U.S.C. §207. Plaintiff's Motion for Summary Judgment is DENIED as to the causes of action for Failure to Provide Information on Pay Stubs Under Cal. Lab. Code §226; and Failure to Pay Minimum Wages and Overtime Compensation under Cal. Lab. Code §§510, 1194. Defendant Human Contract, LLC's Motion for Summary Judgment is DENIED.  *See* Court Order Granting in Part Plaintiffs' Motion for Summary Judgment, Denying Defendant's Motion for Summary Judgment.  Plaintiffs shall recover the following amounts from Defendant Human Contract, LLC:

Continuing Wages under Cal. Lab. Code §203:

| Name (Last, First) | Lab. Code 203 |
| --- | --- |
| Barber, Bart | $14,848.33 |
| Bernstein, Erik | $13,133.93 |
| Bracken, Roger | $10,593.70 |
| Buehrle, David | $4,295.45 |
| Davis, James | $16,871.59 |
| Goyer, Jeffery | $12,000.00 |
| Nisar, Austin | $14,952.39 |
| Turner, Eric | $13,109.06 |
| Wade, Daniel | $8,392.85 |
| Wayton, Gary | $36,942.86 |

Liquidated damages under the Fair Labor Standards Act:

| Name (Last, First) | FLSA |
|---|---|
| Barber, Bart | $291.60 |
| Bernstein, Erik | $1,313.76 |
| Bracken, Roger | $616.32 |
| Buehrle, David | $534.00 |
| Davis, James | $404.64 |
| Goyer, Jeffery | $311.82 |
| Nisar, Austin | $370.08 |
| Turner, Eric | $114.69 |
| Wade, Daniel | $603.90 |
| Wayton, Gary | $93.60 |

Accordingly, Judgment is entered in favor of each Plaintiff, against Human Contract, LLC, in the amounts stated above. Plaintiffs are entitled to prejudgment interest, accruing from February 19, 2008, on the amounts listed above. This Judgment may be amended after Plaintiff applies for an award of fees and costs, to include any amount that may be awarded by the Court.

2.  **IT IS HEREBY ORDERED AND ADJUDGED THAT** Judgment is entered in favor of Overbrook Entertainment, LLC, and against each Plaintiff. This Judgment may be amended after Overbrook Entertainment, LLC applies for an award of fees and costs, to include any amount that may be awarded by the Court.

DATED: 6-28-10

*Valerie Baker Fairbank*

Honorable Valerie Baker Fairbank
United States District Court Judge